UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18MJ656SLO |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| **ROOSEVELT DIXIE III,** | : | |
| Defendant. | : | |

## ORDER

On or about March 29, 2019, pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss without prejudice the criminal complaint against defendant **ROOSEVELT DIXIE III**. The Court hereby GRANTS this motion and dismisses without prejudice the criminal complaint in this case. The Court hereby dissolves the detention order against **ROOSEVELT DIXIE III** and grants his immediate release from pretrial detention.

4-2-19
DATE

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

1